United States District Court
Southern District of Texas
**ENTERED**
August 27, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:24-CV-00059 |
| § | |
| **$275,905.00 U.S. CURRENCY** § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff United States of America's ("Government") Motion for Default Judgment and Entry of Final Order of Forfeiture of $275,905.00 in United States Currency. (Dkt. 14.) The Undersigned referred the Government's Motion for Default Judgement and Entry of Final Order of Forfeiture to United States Magistrate Judge Diana Song Quiroga for a report and recommendation. (Dkt. 15.) In her report and recommendation, Judge Song Quiroga recommends that the Court grant the Government's Motion for Default Judgement and Entry of Final Order of Forfeiture. (Dkt. 16 at 8.) The time for filing objections to the report and recommendation has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the report and recommendation for clear error. *See Cao v. BSI Fin. Servs., Inc.*, 858 F. App'x 156, 158 (5th Cir. 2021) (per curiam). Finding no clear error, the Report and Recommendation (Dkt. No. 16) is hereby ADOPTED IN WHOLE. Accordingly, the Government's Motion for Default Judgement against $275,905.00 United States Currency (Dkt. 14) is GRANTED. The Defendant currency is forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6). The Clerk of Court is DIRECTED to TERMINATE this case. A separate final order of forfeiture will issue.

IT IS SO ORDERED.

SIGNED this August 26, 2025.

                                                                                            _____
                                                                                            Diana Saldaña
                                                                                            United States District Judge